# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**                                           **PLAINTIFF**
**ADC #114018**

v.                      **Case No. 3:19-cv-00116-KGB**

**RICHARD LUSBY, in his official capacity as**
**Judge, Craighead County Circuit Court**                    **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 18th day of February, 2020.

                                                      _____
                                                      Kristine G. Baker
                                                      United States District Judge